IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| MICHAEL DAVID BLAKELEY, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 2:24-cv-02215-SHL-atc |
| | ) |
| SHELBY COUNTY CORRECTIONAL CENTER, | ) |
| | ) |
| Respondent. | ) |

**ORDER DIRECTING CLERK TO MODIFY DOCKET, SERVE PETITION, AND MAIL FORM AND DIRECTING RESPONDENT TO RESPOND TO THE PETITION**

On April 3, 2024, Petitioner Michael David Blakeley, filed a pro se petition under 28 U.S.C. § 2241 for a writ of habeas corpus.[1] (ECF No. 1.) Petitioner paid the habeas filing fee. (ECF No. 2.)

The proper respondent here is Petitioner's custodian at the Northeast Correctional Complex—Warden Brian Eller. See Rumsfeld v. Padilla, 542 U.S. 426, 434–35 (2004); see also Northeast Correctional Complex, https://www.tn.gov/content/tn/correction/state-prisons/state-prison-list/northeast-correctional-complex.html (last accessed Aug. 13, 2025). Thus, the Clerk is **DIRECTED** to record the respondent as Warden Brian Eller and terminate all references to Shelby County Correctional Center as the respondent.

---

[1] Petitioner is incarcerated at the Northeast Correctional Complex in Mountain City, Tennessee. See Tennessee Department of Correction, Felony Offender Information, https://www.tn.gov/correction/agency-services/foil.html (last accessed Aug. 11, 2025). His Tennessee Department of Correction prisoner number is 527376.

The Clerk is **ORDERED** to serve a copy of the petition (ECF No. 1) and this Order on the Respondent and the Tennessee Attorney General and Reporter by certified mail.  See Rule 4, Rules Governing Section 2254 Cases in the United States District Courts.[2]

It is also **ORDERED** that the Clerk mail the parties the form for Notice, Consent, and Reference of a Civil Action to a Magistrate Judge (AO 85).

Respondent is **ORDERED** to file a response to the § 2241 Petition by **September 10, 2025**.  Petitioner may, if he chooses, submit a reply to Respondent's answer or response within twenty-eight (28) days of service.  Petitioner may request an extension of time to reply if his motion is filed on or before the due date of his reply.

The Court will address the merits of the § 2241 Petition, or of any motion filed by Respondent, after the expiration of Petitioner's time to reply.

**IT IS SO ORDERED** this 13th day of August, 2025.

          s/ Sheryl H. Lipman
          SHERYL H. LIPMAN
          CHIEF UNITED STATES DISTRICT JUDGE

---

[2] The Habeas Rules apply to habeas petitions under 28 U.S.C. § 2241 as well.  See Habeas Rule 1(b) ("The district court may apply any or all of these rules to a habeas petition not covered by Rule 1(a).").